JOHN FEENEY, as Administrator of the Estate of FRANK FEENEY, Deceased, Appellant, *v.* SOCONY-VACUUM OIL COMPANY, INCORPORATED, Respondent.

Submitted February 28, 1955; decided February 28, 1955.

*Wilbur G. Silverman, Bertram J. Dembo, Jacob Rassner* and *Samuel Goldstein,* for plaintiff.

*Herbert C. Smyth* for defendant.

Application granted and appeal dismissed, without costs.